# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUBEN MENDEZ, | |
| PLAINTIFF, | No. 3:11-CV-1476 |
| v. | (JUDGE CAPUTO) |
| CITY OF SHENANDOAH, et al., | (MAGISTRATE JUDGE CARLSON) |
| DEFENDANTS. | |

## ORDER

**NOW** this 25th day of October, 2011, upon review of the report and recommendation of Magistrate Judge Martin C. Carlson (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. 5) is **ADOPTED.**

(2) The Plaintiff's Motion to Appoint Counsel (Doc. 12) is **DENIED**.

(3) The Plaintiff's Complaint is **DISMISSED** with prejudice.

(4) The clerk of court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge